IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cr-00006-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARIUS EVAN MOSS | ) | |

_____

This matter is before the Court on Defendant's Motion for Continued Pretrial Release (Doc. 17).

Defendant was originally detained but was subsequently released to attend a 30-day treatment program at FIRST at Blue Ridge. The Motion states that Defendant has actively participated in that program, remains in good standing, and anticipates completing the program on May 18, 2024. He now seeks approval to remain at FIRST at Blue Ridge in order to participate in a long-term residential program there. The Motion states that the Government does not oppose the relief requested so long as Defendant is required to remain in residential treatment as a specific condition of his release.

The undersigned finds that the Motion should be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. Defendant's Motion for Continued Pretrial Release (Doc. 17) is **GRANTED**.

1

2. Defendant is allowed to remain on pretrial release pending further proceedings pursuant to the terms and conditions set forth in that Order Setting Conditions of Release entered on April 17, 2024 (Doc. 12), provided that those terms and conditions are further clarified as follows:

   a. Defendant is to remain in the residential treatment program at FIRST at Blue Ridge while he is on pretrial release.

   b. Notwithstanding Defendant's ongoing treatment, he remains required to appear at trial and any other proceeding in this matter as may be required by law.

Signed: May 15, 2024

W. Carleton Metcalf
United States Magistrate Judge